**STATE of Louisiana, Through the DEPARTMENT OF HIGHWAYS**

**v.**

**Ferdinand J. DEROUEN, Sr.**

No. 50319.

Jan. 20, 1970.

In re: Ferdinand J. Derouen, Sr., applying for certiorari or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 228 So.2d 659.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

230 So.2d 90

**Ann R. WITT**

**v.**

**AMERICAN NATIONAL INSURANCE COMPANY.**

No. 50207.

Jan. 20, 1970.

In re: Ann R. Witt applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans, State of Louisiana. 226 So.2d 539.

The application is denied—There appears no error of law in the judgment complained of.

230 So.2d 91

**John A. PATRICK**

**v.**

**Elsie Moore PATRICK.**

No. 50215.

Jan. 20, 1970.

In re: Elsie Moore Patrick applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Red River, State of Louisiana. 227 So.2d 162.

Writ refused. No error of law in the judgment complained of.

230 So.2d 91

**Henry L. STONE**

**v.**

**I. E. MILLER and I. E. Miller and Sons, et al.**

No. 50258.

Jan. 20, 1970.

In re: I. E. Miller and I. E. Miller and Sons applying for certiorari, or writ of re-

view, to the Court of Appeal, First Circuit, Parish of Terrebonne. 227 So.2d 769.

The application is denied. The ruling complained of is correct.